AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| JACK ARGILA, in his fiduciary capacity as a Trustee for the POINTERS, CLEANERS & CAULKERS WELFARE, PENSION & ANNUITY FUNDS, the BRICKLAYERS JOINT APPRENTICE TRAINING FUND, the LABOR MANAGEMENT FUND, and the PROMOTION FUND; and as President of the BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 1, B.A.C.I.U., AFL-CIO; and the TRUSTEES of the BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND and the INTERNATIONAL MASONRY INSTITUTE, <br> *Plaintiff(s)* <br> v. <br> P&K CONTRACTING, INC; RAJENDRA PATEL; PHILADELPHIA INDEMNITY INSURANCE COMPANY; DOE GENERAL CONTRACTOR; and DOE SURETY COMPANY, <br> *Defendant(s)* | Civil Action No. 23-CV-6725   OEM-TAM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

SEE ATTACHED RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Katherine M. Morgan, Esq.
Holm & O'Hara LLP
3 West 35th Street, 9th Floor
New York, NY 10001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 09/13/2023

*s/Kimberly Davis*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-CV-6725   OEM-TAM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset

UNITED STATES DISTRICT COURT for the
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
JACK ARGILA, in his fiduciary capacity as a Trustee for the
POINTERS, CLEANERS & CAULKERS WELFARE,
PENSION & ANNUITY FUNDS, the BRICKLAYERS JOINT
APPRENTICE TRAINING FUND, the LABOR
MANAGEMENT FUND, and the PROMOTION FUND;
and as President of the BRICKLAYERS AND ALLIED
CRAFTWORKERS LOCAL UNION NO. 1, B.A.C.I.U.,
AFL-CIO; and the TRUSTEES of the BRICKLAYERS AND
TROWEL TRADES INTERNATIONAL PENSION FUND and
the INTERNATIONAL MASONRY INSTITUTE,

**RIDER TO SUMMONS**

23-CV-6725

       Plaintiffs,

  -against-

P&K CONTRACTING, INC; RAJENDRA PATEL;
PHILADELPHIA INDEMNITY INSURANCE COMPANY;
DOE GENERAL CONTRACTOR; and DOE SURETY
COMPANY

       Defendants.
-------------------------------------------------------------------------------X

## List of Defendants and Addresses

**P&K Contracting, Inc.**
1645 Jericho Turnpike, Suite B
New Hyde Park, NY 11040

**Rajendra Patel**
1645 Jericho Turnpike, Suite B and 199 Zabriskie Street
New Hyde Park, NY 11040      Jersey City, New Jersey 07307

**Philadelphia Indemnity Insurance Company**
One Bala Plaza, Suite 100
Bala Cynwyd, PA 19004